UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                           :
BETH KRAMER, on behalf of herself and all                  :
others similarly situated,                                 :
                                                           :
                                                           :          26-CV-00367 (JAV)
                                  Plaintiff,               :
                                                           :              ORDER
            -v-                                            :
                                                           :
HSN, INC.,                                                 :
                                                           :
                                  Defendant.               :
                                                           :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On April 20, 2026, a Suggestion of Bankruptcy was filed in this case, advising that on April 16, 2026, Defendant HSN, Inc. filed a voluntary petition for relief pursuant to Chapter 11, Title 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Texas.  *See* ECF No. 13.

IT IS HEREBY ORDERED that, pursuant to Section 362(a) of the Bankruptcy Code, this matter is stayed pending further order of the Court. See 11 U.S.C. § 362(a)(1) (the filing of a Chapter 11 petition "operates as a stay, applicable to all entities, of the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title").

In view of the automatic stay imposed by section 362 of the Bankruptcy Code, this action is administratively closed subject to the right of either party to reopen within 21 days of the conclusion of bankruptcy proceedings, or the lifting or modification of the automatic stay as

2

applied to this action.

      SO ORDERED.

Dated: April 21, 2026
       New York, New York                   _____
                                       JEANNETTE A. VARGAS
                                       United States District Judge

2